# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS     CASE NO. 3:05cr99LAC

JOHN CAO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __November 22, 2005__

Motion/Pleadings: __NOTICE OF ATTORNEY APPEARANCE AND MOTION TO SUBSTITUTE RETAINED ATTORNEY FERRY FOR RETAINED ATTORNEY LANG__

Filed by __DEFT ATTY FERRY__ on __11/21/2005__ Doc.# __189__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)    /s/ Mary Maloy
Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of November, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) Denied pending motion to withdraw from Attorney Brian Lang.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.