# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:05cr99LAC

JOHN CAO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __December 6, 2005__
Motion/Pleadings: __MOTION TO SET BOND__
Filed by __DEFT__ on __12/5/05__ Doc.# __203__
RESPONSES:
BY GOVT on __12/6/05__ Doc.# __204__
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of December, 2005, that:*

*(a) The relief requested is **DENIED. MOOT.***

*(b) Withdrawn.*

s/*L.A. Collier*

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.