**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                                          CASE NO. 3:05cr99/LAC

JOHN HOANG CAO

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___December 8, 2005___
Motion/Pleadings: DEFENDANT'S VOLUNTARY WITHDRAWAL OF MOTION TO SET BOND
Filed by DEFENDANT                  on 12/7/05              Doc.# 206
RESPONSES:
                                                         on _____ Doc.# _____
                                                         on _____ Doc.# _____
_____ Stipulated        _____ Joint Pldg.
  X   Unopposed         _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of December, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                      *s/L.A. Collier*
                                             **LACEY A. COLLIER**
                                     *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.