UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO. 3:05cr99LAC

JOHN HOANG CAO

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   December 30, 2005
Motion/Pleadings: SECOND MOTION TO SET BOND
Filed by DEFENDANT            on 12/30/05        Doc.# 254
RESPONSES:
                                  on             Doc.#
                                  on             Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                              *s/L.A. Collier*
                              ***LACEY A. COLLIER***
                              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.