# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:05cr99LAC

JOHN HOANG CAO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 23, 2006
Motion/Pleadings:  MOTION IN LIMINE
Filed by GOVERNMENT   on 1/19/06   Doc.# 293
RESPONSES:
BY DEFENDANT   on 1/20/06   Doc.# 298
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of January, 2006, that:*

*(a) The relief requested is **GRANTED** in part.*

*(b) See record of hearing 25 January 2006.*

                                                      *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                         *Senior United States District Judge*

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.