UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:05cr99LAC

JOHN HOANG CAO

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 25, 2006
Motion/Pleadings:  MOTION TO GRANT POST-SENTENCE RELEASE
Filed by DEFENDANT   on 1/24/06   Doc.# 313
RESPONSES:
___ on ___ Doc.# ___
___ on ___ Doc.# ___

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) _____*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.