# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 3:05cr99LAC

JOHN HOANG CAO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 30, 2006
Motion/Pleadings:   AMENDED MOTION AND MOTION TO QUASH SUBPOENA
Filed by ATTY REGAN   on 1/19 & 1/25/06   Doc.# 325 & 323
RESPONSES:
BY GOVERNMENT   on 1/24/06   Doc.# 308
_____   on _____   Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of February, 2006, that:*

*(a) The relief requested is **GRANTED.***

*(b)* _____

                                                        *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                      *Senior United States District Judge*

Entered On Docket: _____   By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.