IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   3:05cr99/LAC
      3:08cv451/LAC/MD

JOHN HOANG CAO
_____

### ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation filed on November 12, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28 United States Code, Section 636(b)(1)(B), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and the objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence (doc. 516) is DENIED and no certificate of appealability shall issue.

DONE AND ORDERED this 7th day of December, 2010.

s/ *L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**