# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:05cr99/LAC
  3:13cv574/LAC/CJK

**JOHN HOANG CAO**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 30, 2013 (doc. 610). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 609) is **SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of December, 2013.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**