# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                        CASE NO: 3:05cr99-001

JOHN Hoang Cao,
    Defendant.
_____\\

## ORDER ON MOTION FOR SENTENCE REDUCTION

Defendant has filed a Second Motion For Reduction Of Sentence under 18 U.S.C. §3582(c)(2) AND Amendment 782 seeking a further reduction of his sentence to the lower end of the new guideline, 292 months (see doc 627).

Having considered the Motion (doc 647), and having again considered the policy statement set forth at USSG §1B1.10, the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent they are applicable, and noting defendant's significant efforts at rehabilitation, the Court orders that the motion is **GRANTED** and the defendant's previously imposed sentence of imprisonment of 365 months is further reduced to 292 months. All other provisions of the original judgment of 25 January

2006 shall remain unchanged.

**ORDERED** this 4th day of October, 2017.

                                              *s/L.A. Collier*
                                          LACEY A. COLLIER
                                     Senior United States District Judge