IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.  Case Nos.:  3:05cr99/LAC/EMT
3:19cv3640/LAC/EMT

JOHN HOANG CAO
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 8, 2019. (ECF No. 679). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a de novo review of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 679) is adopted and incorporated by reference in this order.

2. Defendant Cao's "Motion Under 28 U.S.C. § 2255 to Vacate, Set

Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 678) is summarily dismissed because the court does not have jurisdiction to consider the motion.

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 13th day of November, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**